In the Matter of the Voluntary Dissolution of Seamerlin Operating Co., Inc. T. Victor Searing, Respondent; Bartolo Merlino, as Committee of Anthony Merlino, an Incompetent, Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.; Dore, J., dissents in the following memorandum: For the reasons stated in the report of the learned Referee and on the ground that the

evidence supports his report and recommendations, I dissent and vote to reverse the order appealed from in all respects except insofar as it directs payment of the Referee's allowance and the stenographic expenses.